THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Unique Robinson,

        Plaintiff(s),        Case No. 2:21-cv-4171

  v.        JUDGE MORRISON

        MAGISTRATE JUDGE VASCURA

Confidential Gentleman's Club LLC,

        Defendant(s).

## **ENTRY OF DEFAULT**

It appears that the Defendant, Confidential Gentleman's Club LLC, is in default, having failed to plead or otherwise defend in this cause as required by law. Now, therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 10th day of February, 2022.

        Richard W. Nagel, Clerk
        United States District Court
        Southern District of Ohio

        By:  /s/ Allison Moran
                Allison Moran, Deputy Clerk