UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNIQUE ROBINSON,

    Plaintiff,

v.                                            Civil Action 2:21-cv-4171
                                             Judge Sarah D. Morrison
                                           Magistrate Judge Chelsey M. Vascura

CONFIDENTIAL GENTLEMAN'S
CLUB LLC,

    Defendant.

## SHOW CAUSE ORDER

      Plaintiff's Complaint asserts claims against Defendant Confidential Gentleman's Club LLC. (ECF No. 1.) When Defendant failed to timely file an answer, Plaintiff applied for and obtained an entry of default from the Clerk on February 10, 2022, pursuant to Federal Rule of Civil Procedure 55(a). (ECF Nos. 12, 14.) Plaintiff, however, has not yet filed a motion for default judgment. Pursuant to Local Civil Rule 55.1(b), Plaintiff is **ORDERED** to **SHOW CAUSE** why this action should not be dismissed for want of prosecution **WITHIN FOURTEEN (14) DAYS** of the date of this Order unless Plaintiff has filed a motion for default judgment in the interim. Plaintiff must support any good cause showing with sworn affidavits or unsworn declarations in compliance with 28 U.S.C. § 1746.

      IT IS SO ORDERED.

                                                              /s/ *Chelsey M. Vascura*
                                                              CHELSEY M. VASCURA
                                                              UNITED STATES MAGISTRATE JUDGE