IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Unique Robinson,

   Plaintiff,

        -vs-

Confidential Gentlemen's Club, LLC,

   Defendant.

:    Case No. 2:21-cv-4171

   Judge Sarah D. Morrison
   Magistrate Judge Vascura

:

## ORDER

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by Magistrate Judge Vascura on April 11, 2022. (ECF No. 19). In that filing, the Magistrate Judge recommended that Plaintiff Unique Robinson's action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). No objections were filed, but the R&R was returned to the Court as undeliverable. (ECF No. 20.)

Because Ms. Robinson's failure to update her address with the Court "demonstrates a lack of prosecution of this action," and for the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 19) and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. *Cognis Oleo Chem., LLC*, No. 1:07cv289, 2010 U.S. Dist. LEXIS 17366, at *1 (S.D. Ohio Feb. 26, 2010) (Barrett, J.).

   **IT IS SO ORDERED.**

                      s/ Sarah D. Morrison
                      **SARAH D. MORRISON**
                      **UNITED STATES DISTRICT JUDGE**