AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

UNIQUE ROBINSON,
*Plaintiff*
v.
CONFIDENTIAL GENTLEMEN'S CLUB, LLC,
*Defendant*

Civil Action No. 2:21-cv-4171

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____.

☑ **other:**   The Court hereby adopts the Magistrate Judge's Report and Recommendation and dismisses without prejudice Plaintiff's Complaint.  This case is terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 5/3/2022

CLERK OF COURT

*Theresa J. B*
Signature of Clerk or Deputy Clerk